OPINION — AG — ** REAL ESTATE COMMISSION — AUTHORITY ** THE AUTHORITY TO REQUIRE FINGERPRINTING ON BLANKS FURNISHED BY THE COMMISSION CAN BE PROPERLY INFERRED FROM THE BOARD'S GRANT OF DISCRETION TO THE COMMISSION FROM THE LEGISLATURE IN ITS DELEGATION TO THE REAL ESTATE COMMISSION OF THE AUTHORITY TO LICENSE APPLICANTS FOR A REAL ESTATE BROKER SALESMAN'S LICENSE. (LICENSE, FINGERPRINT, RECOMMENDATION) CITE: 59 O.S. 848 [59-848] (NATHAN J. GIGGER)